UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOSEPH VICTOR VAN BROCKLIN MIRELES | CASE NO. 6:22-CV-05975 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| THOMAS DUPLANTIER | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Judge Thomas Duplantier's Motion to Dismiss (Rec. Doc. 3) is GRANTED and the Complaint is dismissed with prejudice.

Signed at Lafayette, Louisiana, this 20th day of March, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE